UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANA BOWERS AND NATALIE GRAY, | § § § | |
| PLAINTIFF | § § § | |
| v. | § § | CIVIL ACTION NO. 3:16-cv-1314 |
| ABUNDANT HOME HEALTH, LLC, JAMES L. SANTIAGO, INDIVIDUALLY AND LAILANI MENDOZA, INDIVIDUALLY, | § § § § § § | |
| DEFENDANTS | § | |

## AMENDED MOTION TO REINSTATE CASE TO TRIAL DOCKET

Defendants have breached the settlement agreement the parties negotiated in this matter. As it appears that Defendants have no intent to comply with the settlement agreement, Plaintiff requests that this Court place this matter back on its trial docket. Plaintiff requests that the Court set this case for trial with sufficient time for Defendants to retain new counsel.

Respectfully submitted,

By: /s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
DUNHAM & JONES, P.C.
1800 Guadalupe Street
Austin, Texas 78701
Tel: (512) 777-7777
Fax: (512) 340-4051
E-Mail: doug@dunhamlaw.com

By: /s/ *Fernando M. Bustos*
Fernando M. Bustos; SBN: 24001819
Email: fbustos@bustoslawfirm.com
Aaron M. Pier; SBN: 24041694
Email: apier@bustoslawfirm.com
**BUSTOS LAW FIRM, P.C.**
P.O. Box 1980
Lubbock, Texas 79408-1980
Telephone: (806)780-3976
Facsimile: (806)780-3800

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Reinstate has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 6, 2018.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

CERTIFICATE OF CONFERENCE

I certify that I spoke with defense counsel about this motion on February 6, 2018, and he indicated he was unopposed to this motion.

/s/ Douglas B. Welmaker
Douglas B. Welmaker