IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANA BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABUNDANT HOME HEALTH, LLC, | ) |
| JAMES L. SANTIAGO, and LAILANI | ) |
| MENDOZA, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:16-CV-1314-C |

## ORDER

The Court, having considered Plaintiff's Amended Motion to Reinstate Case to Trial Docket, filed February 6, 2018, is of the opinion that the same should be **GRANTED** because the parties have failed to consummate their settlement agreement. The above-styled and -numbered civil action is **REINSTATED** on the Court's docket. Plaintiff's Motion to Reinstate Case to Trial Docket, filed February 6, 2018 (a few minutes before Plaintiff's Amended Motion), is **DENIED AS MOOT**.

The Court will not immediately reset this case for trial. Instead, having recently denied Mr. Weaver's Motion to Withdraw without prejudice, the Court will wait for an amended motion from Mr. Weaver and will then provide Defendants an opportunity to obtain replacement counsel before setting a new trial date.

SO ORDERED this 7th day of February, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE