IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANA BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABUNDANT HOME HEALTH, LLC, | ) |
| JAMES L. SANTIAGO, | ) |
| LAILANI MENDOZA, | ) |
| | ) |
| Defendants. | )   Civil Action No. 3:16-CV-1314-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should find that Defendant James L. Santiago did not knowingly execute a settlement agreement offered by Plaintiff Jana Bowers.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on February 8, 2021.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court finds that Defendant James L. Santiago did not knowingly execute the settlement agreement, on behalf of Defendant Abundant Home Health, LLC, and offered by Plaintiff Jana Bowers. Accordingly, it is hereby **ORDERED** that the Court's Rule 54(b) Judgment of April 10, 2019, be **VACATED** and this civil action remained **STAYED** due to the logistical issues presented by COVID-19.[2]

SO ORDERED this 23rd day of February, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] This civil action shall be reinstated on the Court's trial docket in due course.